IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL ANTHONY ELLIOTT,        )
                                )
            Petitioner,          )
                                )
      v.                         )      1:06CV398
                                )
SELMA TOWNES, et al.,            )
                                )
            Respondents.         )

## **J U D G M E N T**

On May 2, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this petition is dismissed without prejudice to petitioner filing a new petition, accompanied by the $5.00 filing fee, and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

/s/ James A. Beaty
United States District Judge

June 9, 2006